## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WEST SHORE HOME, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 1:23-cv-01669-SHR |
| | ) |
| BRYAN CHAPMAN, | ) |
| | ) |
| Defendant. | ) |

### ENTRY OF APPEARANCE

Kindly enter the appearance of Daniel S. Rothschild, Esquire, as co-counsel on behalf of the Plaintiff, West Shore Home, LLC, in the above-captioned matter.

By: /s/ Daniel S. Rothschild
Daniel S. Rothschild (I.D. #325800)
**BUCHANAN INGERSOLL & ROONEY PC**
409 North Second Street, Suite 500
Harrisburg, PA 17101
Tel: (717) 237-4800
daniel.rothschild@bipc.com

*Counsel for West Shore Home, LLC*

Dated:  September 6, 2024

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the forgoing document was transmitted to the Court electronically for filing upon the following attorneys of record:

Jonathan Avolio, Esquire
J Avolio Law PLLC
100 South Juniper Street – Third Floor
Philadelphia, PA  19107
javolio@javoliolaw.com

*Counsel for Bryan Chapman*

By: */s/ Daniel S. Rothschild*
Daniel S. Rothschild

Dated: September 6, 2024